

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2021 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

SEAN ROBERT MCLAUGHLIN,

Defendant.

No. 8:21-cr-00085-DOC

I N D I C T M E N T

[21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Furanyl Fentanyl Resulting in Death; 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Furanyl Fentanyl Resulting in Serious Bodily Injury; 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Cocaine; 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Possession with Intent to Distribute Cocaine, Methamphetamine, MDMA, and Hydrocodone]

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(b)]

On or about November 18, 2016, in Orange County, within the Central District of California, defendant SEAN ROBERT MCLAUGHLIN knowingly and intentionally distributed and willfully caused to be

distributed furanyl fentanyl, a Schedule I controlled substance analogue, as defined in Title 21, United States Code, Section 802(32), of fentanyl, knowing that the substance was a controlled substance or analogue, and knowing that the substance was intended for human consumption, as provided in Title 21, United States Code, Section 813, to A.S., whose death and serious bodily injury resulted from the use of such substance.

COUNTS TWO AND THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(b)]

On or about November 18, 2016, in Orange County, within the Central District of California, defendant SEAN ROBERT MCLAUGHLIN knowingly and intentionally distributed and willfully caused to be distributed furanyl fentanyl, a Schedule I controlled substance analogue, as defined in Title 21, United States Code, Section 802(32), of fentanyl, knowing that the substance was a controlled substance or analogue, and knowing that the substance was intended for human consumption, as provided in Title 21, United States Code, Section 813, to the following victims, each of whose serious bodily injury resulted from the use of such substance:

| COUNT | VICTIM |
|---|---|
| TWO | J.S. |
| THREE | D.M. |

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about September 18, 2016, in Orange County, within the Central District of California, defendant SEAN ROBERT MCLAUGHLIN knowingly and intentionally distributed cocaine, a Schedule II narcotic drug controlled substance.

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about November 18, 2016, in Orange County, within the Central District of California, defendant SEAN ROBERT MCLAUGHLIN knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II narcotic drug controlled substance.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about November 18, 2016, in Orange County, within the Central District of California, defendant SEAN ROBERT MCLAUGHLIN knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II controlled substance.

COUNT SEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about November 18, 2016, in Orange County, within the Central District of California, defendant SEAN ROBERT MCLAUGHLIN knowingly and intentionally possessed with intent to distribute 3,4-methylenedioxy amphetamine (MDMA), a Schedule II controlled substance.

COUNT EIGHT

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about November 18, 2016, in Orange County, within the Central District of California, defendant SEAN ROBERT MCLAUGHLIN knowingly and intentionally possessed with intent to distribute hydrocodone, a Schedule II narcotic drug controlled substance.

A TRUE BILL

/S/

Foreperson

TRACY L. WILKISON
Acting United States Attorney

Brandon Fox

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

VIBHAV MITTAL
Assistant United States Attorney
Deputy Chief,
Santa Ana Branch Office

BRADLEY E. MARRETT
Assistant United States Attorney
Santa Ana Branch Office